```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| XIN WANG, | ) No. C 06-7131 PJH |
|    Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| DAVID STILL, Director, San Francisco District Office of United States Citizenship and Immigration Services, and United States Citizenship and Immigration Services, | ) |
|    Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///
///
///
///
///
///
///

Stip. to Dismiss
C06-7131 PJH                                       1

| | |
|---|---|
| 1  Dated: January 8, 2007 | Respectfully submitted, |
| 2 | KEVIN V. RYAN<br>United States Attorney |
| 5 | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 8  Dated: January 9, 2007 | see faxed signature<br>ROBERT P. GAFFNEY<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

PHYLLIS J. HAMILTON
United States District Judge

Stip. to Dismiss
C06-7131 PJH                                          2

1 | Dated: January 8, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: January 9, 2007

ROBERT P. GAFFNEY
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/10/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip. to Dismiss
C06-7131 PJH

2